| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Hinkle, Robert L | 2. Court or Organization<br><br>U.S. District Court, N.D. Fla. | 3. Date of Report<br><br>05/09/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination.   Date<br><br>◯ Initial   ● Annual   ◯ Final | 6. Reporting Period<br><br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>111 N. Adams Street<br><br>Tallahassee, Florida 32301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 16 P 3: 09 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
| --- | --- | --- | --- |
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hinkle, Robert L | 05/09/2005 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/09/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income. assets, or transactions) | | | | | | | | | |
| 1. Capital City Bank | A | Interest | L | T | | | | | |
| 2. Berkshire Hathaway | | None | O | T | | | | | |
| 3. Cetergy, Inc. | A | Dividend | J | T | | | | | |
| 4. ChoicePoint, Inc. | | None | K | T | | | | | |
| 5. Commercial Net Lease Realty, Inc. (NNN) | D | Dividend | M | T | | | | | |
| 6. Crawford & Company Class B | A | Dividend | J | T | | | | | |
| 7. Equifax, Inc. | A | Dividend | J | T | | | | | |
| 8. Flagler Holdings, Inc. | C | Dividend | M | U | | | | | |
| 9. International Flavors and Fragrances, Inc. | A | Dividend | J | T | | | | | |
| 10. Jefferson Pilot Corporation | A | Dividend | J | T | | | | | |
| 11. Kimberly-Clark Corporation | A | Dividend | J | T | | | | | |
| 12. Mellon Bank Corp. | A | Dividend | K | T | | | | | |
| 13. Parker Drilling Company (PKD) | | None | J | T | | | | | |
| 14. Phoenix Companies | A | Dividend | J | T | | | | | |
| 15. Southern Company | A | Dividend | J | T | | | | | |
| 16. US Bancorp | B | Dividend | L | T | | | | | |
| 17. WM Wrigley Jr. Co. | A | Dividend | K | T | | | | | |
| 18. FCH Partners (partner; assets also listed separately) | | None | | | Dissolved | 03/27 | K | | |

1. Income/Gain Codes:　　A = $1,000 or less　　B = $1,001-$2,500　　C = $2,501-$5,000　　D = $5,001-$15,000　　E = $15,001-$50,000
(See Columns B1 and D4)　F = $50,001-$100,000　　G = $100,001-$1,000,000　　H1 = $1,000,001-$5,000,000　　H2 = More than $5,000,000
2. Value Codes:　　J = $15,000 or less　　K = $15,001-$50,000　　L = $50,001-$100,000　　M = $100,001-$250,000
(See Columns C1 and D3)　N = $250,000-$500,000　　O = $500,001-$1,000,000　　P1 = $1,000,001-$5,000,000　　P2 = $5,000,001-$25,000,000
　　P3 = $25,000,001-$50,000,000　　　　P4 = $More than $50,000,000
3. Value Method Codes　　Q = Appraisal　　R = Cost (Real Estate Only)　　S = Assessment　　T = Cash/Market
(See Column C2)　　U = Book Value　　V = Other　　W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/09/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. Bank of America (FCH) | | None | | | closed | 03/27 | | | |
| 20. IRA (assets also listed separately) | E | Dividend | O | T | | | | | |
| 21. Commercial Net Lease Realty, Inc. (REIT) (held in IRA) | D | Dividend | L | T | | | | | |
| 22. Certegy, Inc. (held in IRA) | A | Dividend | K | T | | | | | |
| 23. Diamonds Trust Series 1 (held in IRA) | C | Dividend | L | T | | | | | |
| 24. Equifax Inc. (held in IRA) | A | Dividend | K | T | | | | | |
| 25. Midcap SPDR TR SER 1 (held in IRA) | A | Dividend | L | T | | | | | |
| 26. IRA 2 (asset also listed separately) | A | Dividend | K | T | | | | | |
| 27. AMCAP FUND (held in IRA 2) | A | Dividend | K | T | | | | | |
| 28. Merrill Lynch Cash/Money Fund | A | Interest | L | T | | | | | |
| 29. Merrill Lynch Cash/Money Fund (held in IRA) | B | Dividend | M | T | | | | | |
| 30. St. Johns County Florida W&S matures 6/1/10 | B | Interest | L | T | | | | | |
| 31. Standard & Poor Deposit Receipts (held in IRA) | D | Dividend | N | T | | | | | |
| 32. Supervalu, Inc. | A | Dividend | J | T | | | | | |
| 33. BBT Corporation | C | Dividend | M | T | | | | | |
| 34. Phoenix Home Life (life insurance) | D | Dividend | N | T | | | | | |
| 35. Piper Jaffray Companies | | None | J | T | stock div. | 01/07 | J | | |
| 36. Neenah Paper Inc. | | None | J | T | stock div. | 12/06 | J | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hinkle, Robert L | 05/09/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.   Neenah Paper Inc. | | None | J | T | Bought | 12/30 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25.000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hinkle, Robert L | 05/09/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Hinkle, Robert L | 05/09/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                     Date _____5/8/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544